COLWELL et al., Appellants, v. FRIEDL, Respondent. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Action by Edward J. Colwell and Louis Unverzagt against Michael Friedl. No opinion. Order affirmed, with $10 costs and disbursements.

COMMERCIAL NAT. BANK OF CHICAGO, Respondent, v. BRADY et al., Appellants. (Supreme Court, Appellate Division, First Department. March 24, 1905.) Action by the Commercial National Bank of Chicago against James D. Brady and others. C. J. Hardy, for appellants. A. C. Rounds, for respondent. No opinion. Order granting extra allowance reversed, and motion denied. Judgment modified, by striking out extra allowance; and the judgment, as so reduced to the sum of $15,995.93, affirmed, with costs.

CONGER v. CONGER et al. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Clarence R. Conger against Theodore H. Conger and others. No opinion. Motion granted, to the extent stated in memorandum.

COOKE, Appellant, v. CHURCH, Respondent. (Supreme Court, Appellate Division, Third Department. March 21, 1905.) Action by Lillian Cooke, an infant, by Jesse A. Cooke, her guardian, against Theodore Church.

PER CURIAM. Order modified, so as to require the plaintiff, within 20 days from the entry of this order and notice thereof, to give to the defendant a bill of particulars setting forth the following particulars: First, the particular way or manner in which it is claimed that the defendant was careless and negligent in operating and driving an automobile, other than in failing to sound a warning, or in driving at ꝟ high and unlawful rate of speed; second, the nature and extent of the injuries sustained by plaintiff, as far as such injuries have developed, and what injuries are claimed to be permanent; third, the period or periods of time during which plaintiff claims to have been confined to her bed under medical care and treatment, and the extent of the liability incurred for medical attendance. As so modified, the order is affirmed, without costs to either party.

COOLIDGE v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Mary E. Coolidge against the city of New York. No opinion. Motion denied, with $10 costs.

In re CORBIN et al. (Supreme Court, Appellate Division, Second Department. February 15, 1905.) In the matter of the judicial settlement of the accounts of Hannah M. Corbin, George S. Edgell, and Austin Corbin, Jr., as executors, etc., of Austin Corbin, late of the county of Suffolk, deceased. No opinion. Motion to resettle order granted.

CORDONO v. AGUADO. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Maggie Cordono against Pierre Aguado. No opinion. Motion granted, so far as to dismiss appeal, with $10 costs.

CROCKER WHEELER CO. v. VARICK REALTY CO. et al. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by the Crocker Wheeler Company against the Varick Realty Company and others. No opinion. Motion granted.

DAY, Respondent, v. BARRETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Henry C. Day against Charles Barrett. No opinion. Order affirmed, with $10 costs and disbursements.

DEVINE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Elizabeth Devine against the Brooklyn Heights Railroad Company.

PER CURIAM. Order affirmed, with costs.

HIRSCHBERG, P. J., and HOOKER, J., dissent.

DE VITTO, Respondent, v. WILSON & BAILLIE MFG. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by Joseph De Vitto against the Wilson & Baillie Manufacturing Company.

PER CURIAM. Judgment of the Municipal Court reversed, on the authority of McCosker v. Long Island Railroad Company, 84 N. Y. 77, and new trial ordered; costs to abide the event.

DEVLIN et al., Respondents, v. EMPIRE STATE TANNING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by John H. Devlin and others against the Empire State Tanning Company. No opinion. Order affirmed, with $10 costs and disbursements.

DINGER et al., Respondents, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by August Dinger and Josephine Dinger against the city of New York. No opinion. Judgment affirmed, with costs, on opinion of Smith, J., at Special Term. 86 N. Y. Supp. 577.

DINGER, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Frederick Dinger against the city of New York. No opinion. Judgment affirmed, with costs, on opinion of Smith, J., at Special Term. 86 N. Y. Supp. 577.

DOLFINI, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Peter D. Dolfini against the Erie Railroad Company. No opinion. Judgment and order